**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 24, 2025

Mr. Scott Matthew Noveck
Federal Communications Commission
Office of General Counsel
45 L Street, N.E.
8th Floor
Washington, DC 20002

Mr. James Bradford Ramsay
National Association of Regulatory Utility Commissioners
District of Columbia
1101 Vermont Avenue, N.W.
Suite 200
Washington
Washington, DC 20005

Mr. Andrew Jay Schwartzman
525 Ninth Street, N.W.
Seventh Floor
Washington, DC 20004

Re: Case No. 24-3504/24-3507, *Media Alliance v. FCC, et al*
Originating Case No. 24-52

Dear Counsel,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Abby Hahn
for Robin Baker, Case Manager

cc: Mr. Andrew W. Chang
    Ms. Sarah Goetz
    Mr. Jeffrey Matthew Harris
    Mr. Jason Seth Harrow
    Ms. Kimberly Lippi
    Mr. Thomas Ryan McCarthy
    Mr. John Tatsuo Nakahata
    Mr. Robert B. Nicholson
    Mr. Jeffrey Theodore Pearlman
    Mr. Christopher S. Yoo

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 24-3504/24-3507

_____

Filed: February 24, 2025

MEDIA ALLIANCE

    Petitioner

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA

    Respondents

NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS

    Intervenor

## MANDATE

  Pursuant to the court's disposition that was filed 01/02/2025 the mandate for this case hereby issues today.

  COSTS:  None